# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| DCX | Grande, Evelyn | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 07-573 | | 08-337 |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Walters | Other | Adult Defendant | Witness |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
LEPLEY, DIANE
400 7th Street, NW
Suite 400
WASHINGTON DC 20004

Telephone Number: (202) 393-0007

**FILED MAY 07 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
[X] O Appointing Counsel   [ ] C Co-Counsel
[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney   [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
Alan Kay, U.S. Magistrate Judge
Date of Order: 5-07-08    Nunc Pro Tunc Date: 1/16/2008

Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] YES [ ] NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS [ ] Final Payment  [ ] Interim Payment Number _____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO  If yes, were you paid? [ ] YES [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? [ ] YES [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

## APPROVED FOR PAYMENT – COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

400 Seventh Street, N.W.   ❏   Suite 400   ❏   Washington, D.C.  20004

March 26, 2008

Honorable Alan Kay
United States Magistrate Judge
3rd and Constitution Avenue, N.W.
Washington, D.C.  20001

   Re: <u>Witness Voucher in United States v. Harriett Walters, Crim. No. 07-537M</u>

Dear Judge Kay:

  I am writing to request a witness voucher for Evelyn Grande who may be a witness against Harriet Walters, one of the co-conspirators who defrauded the District of Columbia by transferring money from the Tax Revenue Office to private accounts.  My client has been talking to the government since she was sentenced before Judge Urbina in Cr. No. 06-218, based upon conversations she had with Ms. Walters while they were both incarcerated.  Consequently, I would ask that the voucher be authorized *nunc pro tunc* to 1-16-08.

  Thank you very much for your consideration of this matter.  If you have any questions, please feel free to contact me.

            Sincerely yours,

            Diane S. Lepley

(202) 393-0007   ❏   (fax) (202) 628-0249   ❏   dslepley@smart.net